# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | | |
|---|---|---|
| RACHAEL ECKARD, | ) | |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00236-WYD |
| | ) | |
| v. | ) | Judge Daniel |
| | ) | |
| FOCUS FEDERAL CREDIT UNION, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS WITHOUT PREJUDICE

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed without prejudice and without costs to any party.

**Date:** June 5, 2017

| **For Plaintiff, Rachael Eckard** | **For Defendant, Focus Federal Credit Union** |
|---|---|
| /s David M. Marco | /s with consent Jeffrey R. Thomas |
| SMITHMARCO, P.C. | Thomas Law LLC |
| 55 W. Monroe Street, Suite 1200 | 50 S. Steele Street, Suite 250 |
| Chicago, IL 60603 | Denver, CO 80209 |
| **Telephone:** (312) 546-6539 | **Telephone:** (720) 330-2805 |
| **Facsimile:** (888) 418-1277 | **Facsimile:** (720) 330-2806 |
| **E-mail:** dmarco@smithmarco.com | **E-mail:** jthomas@thomaslawllc.com |